FARMERS AND MECHANICS' BANK OF BUFFALO V. SPRAGUE.

*Pleading — payment after suit commenced.*

Payment after suit commenced should be set up by way of supplemental answer and not by way of amendment.

APPEAL by plaintiff from a judgment in favor of defendants entered upon the verdict of a jury and from an order denying a new trial.

The action was brought by the plaintiff above named against Phineas W. Sprague and another to recover the amount of a draft alleged to be unpaid.

*John C. Strong,* for appellant.

*Edward D. McCarthy,* for respondents.

GILBERT, J.

The principal question was one of fact and the only point passed upon in the opinion is stated in the head-note.

*Judgment affirmed.*

---

HAYES v. THOMPSON

*Verdict — on conflicting evidence.*

The verdict of a jury on conflicting evidence will not be reviewed.

APPEAL by defendant from a judgment in favor of plaintiff, entered upon the verdict of a jury and from an order denying a new trial.

The action was brought by W. Irving Hayes against Schuyler C. Thompson.

*Charles Mason,* for appellant.

*H. W. Bentley* and *George W. Smith,* for respondent.

MULLIN, P. J.

The only point passed upon is fully given in the head-note.

*Judgment affirmed.*